*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-09-00726-CV

**IN THE ESTATE OF** Willa Peters **HUBBERD**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 1986-PC-1440
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:  Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Phylis J. Speedlin, Justice

Delivered and Filed: May 5, 2010

DISMISSED

   Appellants have filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a). Costs of appeal are taxed against appellants. *See id.* 42.1(d).

   Appellee's "Motion to Dismiss for Failure to Prosecute Appeal and Motion to Show Authority" is denied as moot.

PER CURIAM